TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney &
Chief, Criminal Division
KEVIN Y. FU (Cal State Bar No. 319465)
Assistant United States Attorney
Ronald Reagan Federal Building
411 West Fourth Street, Suite 8000
Santa Ana, California 92701
Telephone: (714) 338-3576
E-mail: Kevin.Fu@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DEL FRANCO, et al.,

Defendant.

No. 8:25-cr-00210-DOC

NOTICE OF REASSIGNMENT OF CRIMINAL CASE

Plaintiff, United States of America, hereby advises the court that the above-captioned case has been reassigned to a new Assistant United States Attorney ("AUSA") as follows:

| | **Name** | **E-mail Address** |
|---|---|---|
| **Previously Assigned AUSA** | Kristin N. Spencer | Kristin.spencer@usdoj.gov |
| **Newly Assigned AUSA** | Kevin Y. Fu | Kevin.Fu@usdoj.gov |

//

//

Please make all necessary changes to the court's Case Management/Electronic Case Filing system to ensure that the newly assigned AUSA is associated with this case and receives all e-mails relating to filings in this case.

Dated: July 16, 2026

Respectfully submitted,

TODD BLANCHE
Acting Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Chief Assistant United States Attorney &
Chief, Criminal Division

KEVIN Y. FU
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA