UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES – GENERAL

Case No. 8:25-cr-00210-DOC-1,2 Date: August 31, 2026

Present: The Honorable: DAVID O. CARTER, U.S. District Judge

Interpreter N/A

| Priscilla Deason for Karlen Dubon | C/S – 8/31/26 | Kevin Yu-Chien Fu |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| 1) Nicholas Del Franco | X | | X | 1) Diane C. Bass | X | | X |
| 2) Paul Garica (Not Present) | | | X | 2) Edward M. Robinson | X | | X |

**PROCEEDINGS: STATUS CONFERENCE**

Case called. Court and counsel confer. Also present on Special Appearance is Reuven Cohn and Daniel Natal.

For the reasons stated on the record, the Court **RELIEVES** Attorney Diane C. Bass and **APPOINTS** retained Attorney Reuven Cohn and Attorney Daniel Natal to represent Defendant Nicholas Thomas Del Franco.

The Court **ISSUES** a No Bail Warrant for Defendant Paul Garcia for no appearance.

Counsel is **DIRECTED** to file on or before 12:00 p.m. noon by September 3, 2026, a Stipulation with a lodged proposed order of new Pretrial Conference and Jury Trial dates for the Court's consideration.

Cc: USMS
< rcohen@cohen-williams.com>>
< dnatal@cohen-williams.com>

:17

**Initials of Deputy Clerk** Pd/kdu